# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN CUNNIUS, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-00750-JAD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| THE VONS COMPANIES, INC., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This matter is before the Court on the parties' stipulation for an extension of deadlines. Docket No. 9. The stipulation misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off. *See id.* at 1. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//
//
//
//
//
//

1  In an effort to ensure future compliance and complete understanding of the Local Rules, the
2  Court hereby **ORDERS** attorney Seth R. Little to file a certification with the Court no later than
3  September 3, 2014, indicating that he has read and comprehends Local Rules 26-4 and 26-1.[1]
4  IT IS SO ORDERED.
5  DATED: August 26, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Concurrently herewith, the Court is also issuing separate orders to show cause directed to attorneys Richard Harris and Tamela Kahle.