# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN CUNNIUS, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00750-JAD-NJK |
| vs. | ) ORDER DISCHARGING |
| THE VONS COMPANIES, et al., | ) ORDER TO SHOW CAUSE |
| Defendant(s). | ) (TAMELA KAHLE) |

Pending before the Court is an order for Tamela Kahle to show cause why she should not be sanctioned. Docket No. 11. In short, Ms. Kahle represented to the Court that requests for extensions need only be filed 20 days before the discovery cut-off rather than correctly asserting that requests for extension must be filed 21 days before the expiration of the subject deadline that the parties sought to extend. *See id.* (discussing Local Rule 26-4). This was especially troubling to the Court because United States Magistrate Judge C.W. Hoffman had previously expended judicial resources explaining Local Rule 26-4 to Ms. Kahle and she certified that she read and understood the rule. *See id.*

The Court has now received a response from Ms. Kahle, indicating primarily that excusable neglect exists for the requested extension based on family circumstances that have arisen. *See* Docket No. 14. Whether excusable neglect exists for the extension, however, was not the primary issue in the order to show cause. Instead, the Court's concern was that Ms. Kahle continues to misrepresent the proper deadline established by Local Rule 26-4. The Court takes Ms. Kahle at her word that she understands the Local Rules and that there will be no similar problems in the future. *See id.* at 2.

1       In light of Ms. Kahle's response, the order to show cause is hereby **DISCHARGED**.
2 Nonetheless, the Court **ORDERS** Ms. Kahle to file another certification with the Court, no later than
3 September 11, 2014, indicating that she has read and comprehends Local Rules 26-4 and 26-1. Ms.
4 Kahle should anticipate that similar violations in the future will result in monetary sanctions.

5       IT IS SO ORDERED.

6       DATED: September 4, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge