Tamela L. Kahle
Nevada Bar No. 0558
**KAHLE & ASSOCIATES**
7660 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
Telephone (702) 453-2200
Facsimile (702) 453-2201
Email: tkahle@kahlelawnv.com

Attorneys for Defendants
The Vons Companies, Inc. and
Safeway Stores, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| DAWN CUNNIUS, | CASE NO.: 2:14-cv-00750-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| GOLDEN ROUTE OPERATIONS, LLC dba VONS GROCERY CO #2511; MARKET GAMING, LLC; THE VONS COMPANIES, INC.; SAFEWAY STORES, INCORPORATED; ROE CLEANING COMPANY; and DOES 1-20, and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each

. . .
. . .
. . .
. . .
. . .
. . .
. . .

party to bear its own attorney's fees and costs.

Dated this 23rd day of March, 2015.     Dated this 24th day of March, 2015.

RICHARD HARRIS LAW FIRM              KAHLE & ASSOCIATES

By: _____          By: _____
Seth R. Little, Esq.                 Pamela L. Kahle
Nevada Bar No. 10664                 Nevada Bar No. 0558
801 South Fourth Street              7660 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89101              Las Vegas, Nevada 89117
Attorneys for Plaintiff              Attorneys for Defendants
Dawn Cunnius                         The Vons Companies, Inc. and Safeway
                                     Stores, Inc.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 26, 2015

Submitted by:

KAHLE & ASSOCIATES

By: _____
Pamela L. Kahle
Nevada Bar No. 0558
7660 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
Attorneys for Defendants
The Vons Companies, Inc. and
Safeway Stores, Inc.